UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                     CRIMINAL NO. 94-81184

OTTO HILLIARD,                     HON. PAUL D. BORMAN

    Defendant.

_____/

## ORDER DISMISSING MOTION FOR RECONSIDERATION AS MOOT

Today the Court telephonically spoke with counsel for the Government and Defendant to ascertain whether Defendant was presently in custody.  Defense counsel indicated that Defendant Hilliard has been released from custody for over 90 days.

Accordingly, the Court dismisses the Government's Motion for Reconsideration as moot since there is no live case or controversy.  See Demis v Sniezek, F3d (6th Cir 2009); 2009 WL 579280, March 9, 2009.

    SO ORDERED.

                                           S/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

Dated:  March 11, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 11, 2009.

S/Denise Goodine
Case Manager